In the Matter of ROBERTO MORALES, Appellant, v MICHAEL E. BONGIORNO et al., Respondents.

Submitted September 22, 2003; decided December 18, 2003

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of NOTRE DAME LEASING, LLC, Respondent, v ALEXANDRA ROSARIO et al., Appellants.

Submitted December 1, 2003; decided December 18, 2003

Motion by The Legal Aid Society for leave to appear amicus curiae on the appeal herein granted to the extent that three copies of a brief may be served and 20 copies filed within 20 days.

MARIA N. PELAEZ et al., Appellants, v LAURA SEIDE et al., Defendants, and COUNTY OF PUTNAM et al., Respondents.

Submitted December 1, 2003; decided December 18, 2003

Motion by New York City Coalition to End Lead Poisoning et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

MARIA N. PELAEZ et al., Appellants, v LAURA SEIDE et al., Defendants, and COUNTY OF PUTNAM et al., Respondents.

Submitted December 8, 2003; decided December 18, 2003

Motion by the County of Onondaga, New York for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO AMMARITO, Appellant.

Submitted November 24, 2003; decided December 18, 2003

Motion for assignment of counsel granted and Laura Johnson,